IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IBEW LOCAL 613 DEFINED CONTRIBUTION PENSION FUND;<br>IBEW LOCAL 613 FAMILY HEALTH FUND; and<br>GENE O'KELLEY and MILTON CLOWERS, Trustees,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROME ELECTRICAL SYSTEMS, INC.,<br><br>        Defendant. | 1:07-CV-01704-WSD |

**OPINION AND ORDER**

This matter is before the Court on Defendant's Motion to Dismiss [3].

Plaintiffs IBEW Local 613 Defined Contribution Pension Fund and IBEW Local 613 Family Health Fund (the "Funds") are employee benefit plans covered under the Employee Retirement Income Security Act of 1974 ("ERISA"). Plaintiffs Gene O'Kelley and Milton Clowers are trustees of the Funds (all, collectively, the "Plaintiffs"). Plaintiffs allege that the Atlanta Chapter of the National Electrical Contractor Association (the "AECA") negotiated multiple collective bargaining agreements with IBEW Local No. 613 on behalf of defendant

Rome Electrical Systems, Inc. ("Defendant").  The Funds allege that they are owed unpaid contributions from the Defendant pursuant to certain collective bargaining agreements.  Plaintiffs seek unpaid contributions, with interest, liquidated damages, attorneys' fees and expenses, and equitable relief ordering permission to inspect and audit Defendant's payroll records.

As a threshold matter, however, the parties jointly move to transfer this action to the Rome Division of the United States District Court for the Northern District of Georgia.  Pursuant to the Northern District of Georgia's Local Rules, proper venue for this action is the division in which the Defendant resides.  LR 3.1(B)(1)(a), N.D. Ga.  Defendant's principal place of business is in Rome, GA, within the Rome division.  Therefore, venue is not proper in this division.  Local Rule 3.1(B)(4) permits transfer, by order of this Court, of any civil action "to any other place or division within the district for trial."  LR 3.1(B)(4), N.D. Ga.  The Court agrees that the Rome Division is the proper venue for this action, and the Court therefore **GRANTS** the parties' joint motion for transfer.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [3] is **GRANTED-IN-PART** and that this Action is hereby **TRANSFERRED** to the United States District Court for the Northern District of

Georgia, Rome Division.  The Clerk of Court is requested to transfer this case to the Rome Division.

This Court expresses no opinion on the remainder of Defendant's Motion to Dismiss [3] for Insufficiency of Process, Insufficient Service of Process, or Failure to State a Claim Upon Which Relief Can Be Granted.  Those issues presented in Defendant's Motion to Dismiss [3] are reserved for consideration by the United States District Court for the Northern District of Georgia, Rome Division.

**SO ORDERED** this 9th day of October 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE